UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JIMMY COVINGTON | * | CIVIL ACTION NO. 12-2565 |
| VERSUS | * | SECTION "L" |
| L. L. & G. CONSTRUCTION, INC. | * | MAGISTRATE (4) |

*************************************************************************

## ORDER

Considering the foregoing Joint Motion to Dismiss With Prejudice,

**IT IS ORDERED** that all of the claims of the plaintiff, Jimmy Covington, against defendant, L. L. & G. Construction, Inc., be and the same are hereby dismissed, with prejudice, each party to bear their own costs.

New Orleans, Louisiana this __23rd__ day of _____October_____, 2013.

_____
U. S. DISTRICT COURT JUDGE